United States District Court
Southern District of Texas
**ENTERED**
January 05, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MOHAMMED ALZI d/b/a XM Computers Inc., | § § | |
| Plaintiff, | § § | |
| v. | § | CIVIL ACTION NO. H-14-3069 |
| | § | |
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, *et al.*, | § § | |
| Defendants. | § | |

### DISMISSAL ORDER

Pursuant to Plaintiff's Stipulation of Dismissal [Doc. # 33], it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

SIGNED at Houston, Texas, this **5ᵗʰ** day of **January, 2016**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE